In the Matter of the Appraisal of the Property of PHILIP EMBURY, Deceased, under " An Act to Tax Gifts, Legacies and Collateral Inheritances in Certain Cases." THE COMPTROLLER OF THE CITY OF NEW YORK, Appellant; BENJAMIN T. KISSAM et al., as Executors, Respondents.

(Submitted February 28, 1898; decided March 8, 1898.)

Motion for reargument denied, with ten dollars costs. (See 154 N. Y. 746.)

---

In the Matter of Compulsory Accounting of HANNAH E. ANDREWS, as Executrix of ALBERT N. BRIGGS, Deceased, and In the Matter of the Judicial Settlement of the Accounts of HANNAH E. ANDREWS.

JOHN N. BRIGGS, Appellant; HANNAH E. ANDREWS, Respondent.

*Matter of Andrews*, 15 App. Div. 625, appeal dismissed.
(Argued February 28, 1898; decided March 15, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 22, 1897, affirming orders of the surrogate of the county of Albany consolidating certain proceedings and directing John N. Briggs to render an account of his proceedings as executor of Albert N. Briggs, deceased.

*Henry A. Peckham* for appellant.

*Edwin Countryman* for respondent.

Appeal dismissed, with costs, on authority of *Matter of Callahan* (139 N. Y. 51); no opinion.
All concur, except GRAY, J., absent.